COOLEY LLP
BRIAN KLEIN (258486)
(bklein@cooley.com)
VIVIANA ANDAZOLA MARQUEZ (354307)
(vandazolamarquez@cooley.com)
350 South Grand Avenue, Suite 3200
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

JOHN BOSTIC (264367)
(jbostic@cooley.com)
3175 Hanover Street
Palo Alto, California 94304
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Attorneys for Claimant Capstone Limited

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $79,109,828.17 SEIZED FROM WELLS FARGO SECURITIES LLC ACCOUNT NO. 1BD68863, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $1,861,106.49 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 9852677500, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $2,056,207.08 SEIZED FROM JPMORGAN CHASE BANK ACCOUNT NO. 000000723026970, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY 1,122,483.28 USDT FROM VIRTUAL CURRENCY ADDRESS TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe, AND<br><br>APPROXIMATELY 54,578.45 USDT FROM VIRTUAL CURRENCY ADDRESS TKKrYKhyaLRd60VqjCAL31akjvDkwwMHf6,<br><br>Defendants. | Case No. 2:26-cv-02476-DAD-CKD<br><br>**VERIFIED CLAIM OF CAPSTONE LIMITED**<br><br>Judge: Hon. Dale A. Drozd |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that Claimant Capstone Limited ("Capstone") submits this claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"). Capstone claims interest in the below property seized by the United States:

First, Capstone is the bailee of approximately $79,109,828.17 seized from Wells Fargo Securities LLC account number 1BD68863, held in the name of Capstone Limited ("Wells Fargo 8863 Account"). Capstone was and is the bailee of all of the seized funds in the Wells Fargo 8863 Account for bailor EQIBank Limited and its customers, and was the custodian of the property at the time of seizure.

Second, Capstone is the owner or bailee of approximately $1,861,106.49 seized from Wells Fargo bank account number 9852677500, held in the name of Capstone Limited ("Wells Fargo 7500 Account"). Capstone owns approximately $55,452.68 of the seized funds in the Wells Fargo 7500 Account. Capstone is the bailee of the remaining $1,805,653.81 in the Wells Fargo 7500 Account for bailor EQIBank Limited and its customers, and was the custodian of the property at the time of seizure.

Third, Capstone is the bailee of approximately $2,056,207.08 seized from JPMorgan Chase Bank account number 000000723026970, held in the name of Capstone Limited ("Chase Account"). Capstone was and is the bailee of all of the seized funds in the Chase Account for bailor EQIBank Limited and its customers, and was the custodian of the property at the time of seizure.

Fourth, Capstone is the bailee of approximately 1,122,483.28 USDT from virtual currency address TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe ("Wallet 1"). Capstone was and is the bailee of all of the seized funds in Wallet 1 for bailor EQIBank Limited and its customers, and was the custodian of the property at the time of seizure.

Fifth, Capstone is the owner of approximately 54,578.45 USDT from virtual currency address TKKrYKhyaLRd60VqjCAL31akjvDkwwMHf6 (“Wallet 2”).

Dated: October 5, 2026

By: */s/ Brian Klein*
Brian Klein

Attorneys for Claimant Capstone Limited

**VERIFICATION**

I, Peter L. Platt, declare under penalty of perjury under the laws of the United States of America and the State of California that I am Chief Compliance Officer of Claimant Capstone Limited and am authorized to make this claim on its behalf, that I have read the foregoing Claim, and that the statements contained herein are true and correct to the best of my knowledge, information, and belief.

Executed on October 5, 2026.

By: Peter Platt
Peter L. Platt