Jessica Ruth Lobis Buckwalter, Esq. (State Bar No. 199200)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1050 K Street NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Email: jessica.buckwalter@lbkmlaw.com

*Attorney for EQIBank Limited*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>APPROXIMATELY $79,109,828.17 SEIZED FROM WELLS FARGO SECURITIES LLC ACCOUNT NO. 1BD68863, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $1,861,106.49 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 9852677500, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $2,056,207.08 SEIZED FROM JPMORGAN CHASE BANK ACCOUNT NO. 000000723026970, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY 1,122,483.28 USDT FROM VIRTUAL CURRENCY ADDRESS TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe, AND<br><br>APPROXIMATELY 54,578.45 USDT FROM VIRTUAL CURRENCY ADDRESS TKKrYKhyaLRd60VqjCAL31akjvDkwwMHf6,<br><br>*Defendant.* | No. 2:26-cv-02476-DAD-CKD<br><br>**VERIFIED CLAIM OF EQIBANK LIMITED** |

1. Claimant EQIBank Limited ("EQIBank") is a corporation organized, licensed, and registered in the Commonwealth of Dominica (West Antilles) and asserts an ownership and/or property interest in the defendant funds identified in the Government's Verified Complaint ("Complaint").

2. The defendant property includes approximately $84,204,203.47 ("defendant funds") maintained in 1) a Wells Fargo Securities LLC account, 2) a Wells Fargo Bank Account, 3) a JPMorgan Chase Bank Account, and 4) two separate virtual currency addresses as captioned above.

3. As to each of the following accounts and addresses, EQIBank or its customers own the following funds seized by the Government (the "Seized Funds"), a subset of the defendant funds totaling $84,094,172.34:

a. $79,109,828.17 seized from Wells Fargo Securities LLC account number 1BD68863, held in the name of Capstone Limited;

b. $1,805,653.81 seized from Wells Fargo bank account number 9852677500, held in the name of Capstone Limited;

c. $2,056,207.08 seized from JPMorgan Chase Bank account number 000000723026970, held in the name of Capstone Limited; and

d. 1,122,483.28 USDT from virtual currency address TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe, held by Capstone Limited ("USDT Tvhe funds").

4. Although the bank and securities accounts are titled in the name of Capstone Limited, the Seized Funds claimed by EQIBank are beneficially owned by EQIBank or its customers, including to the extent that the Seized Funds are the proceeds of securities owned by EQIBank customers and custodied by or on behalf of EQIBank. Capstone Limited, a licensed Money Services Business ("MSB"), served as a bailee for the Seized Funds, maintaining and holding such funds for bailor EQIBank and its customers, identified in the Complaint as Cryptocurrency Company 1 and Cryptocurrency Exchange 1.

5. Although the USDT TVhe funds were possessed by Capstone Limited, the Seized Funds claimed by EQIBank are beneficially owned by EQIBank. Capstone Limited maintained and

held the USDT TVhe funds for the benefit of EQIBank as a licensed MSB.

6. EQIBank's interest arises from its ownership of the Seized Funds and/or its custody of the funds on behalf of EQIBank's customers.

7. EQIBank asserts a present ownership and/or property interest in the Seized Funds, not merely a general unsecured claim for payment against Capstone Limited.

8. The forfeiture of the defendant funds would directly deprive EQIBank of its property interest in the Seized Funds.

9. EQIBank therefore claims an ownership and/or property interest in the Seized Funds under Supplemental Rule G(5) and requests that its claim be recognized and that it be permitted to contest forfeiture.

## VERFICATION

I, Jason Blick, am a Director of EQIBank, and I am authorized to verify this claim on its behalf. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed on October 16, 2026.

Jason Blick
Director of EQIBank Limited
Signing on behalf of EQIBank Limited