U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 2:26-CV-02476-DAD-CKD |
| DEFENDANT | TYPE OF PROCESS |
| Approximately $79,109,828.17 seized from Wells Fargo Securities, et al. | Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Approximately $79,109,828.17 seized from Wells Fargo Securities LLC Account Number 1BD68863,
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
held in the name of Capstone Limited

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
U.S. Attorney's Office
Att: T. Teglia
501 I Street, Suite 10-100
Sacramento, CA 95814

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Please arrest the defendant Approximately $79,109,828.17 seized from Wells Fargo Securities LLC Account Number 1BD68863, held in the name of Capstone Limited, pursuant to the attached Warrant for Arrest of Articles In Rem.

26-FBI-003978

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tammy Teglia | ☒ PLAINTIFF ☐ DEFENDANT | 916/554-2768 | 9/21/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 097 | No. 097 | [signature] | 9/21/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 10-2-26 | 12:30 ☐ am ☑ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] #31740 |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
$ 79,109,828.17 USC arrested on 9/21/26

USMS SACRAMENTO
SEP 22 2026 AM9:22

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 2:26-CV-02476-DAD-CKD |
| DEFENDANT | TYPE OF PROCESS |
| Approximately $79,109,828.17 seized from Wells Fargo Securities, et al. | Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Approximately $1,861,106.49 seized from Wells Fargo Bank Account Number 9852677500,
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
held in the name of Capstone Limited

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| U.S. Attorney's Office<br>Att: T. Teglia<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please arrest the defendant Approximately $1,861,106.49 seized from Wells Fargo Bank Account Number 9852677500, held in the name of Capstone Limited, pursuant to the attached Warrant for Arrest of Articles In Rem.

26-FBI-003979

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tammy Teglia | ☒ PLAINTIFF<br>☐ DEFENDANT | 916/554-2768 | 9/21/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. D97 | No. D97 | [signature] | 9/21/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 10-2-26 | 12:30 | ☐ am ☑ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | #31740 [signature] |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS
$1,861,106.49 USC arrested on 9/21/26

USMS SACRAMENTO ROUM
SEP 22 2026 AM9:22

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: United States | COURT CASE NUMBER: 2:26-CV-02476-DAD-CKD |
| DEFENDANT: Approximately $79,109,828.17 seized from Wells Fargo Securities, et al. | TYPE OF PROCESS: Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Approximately $2,056,207.08 seized from JP Morgan Chase Bank Account Number 000000723026970,
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: held in the name of Capstone Limited

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
| U.S. Attorney's Office<br>Att: T. Teglia<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please arrest the defendant Approximately $2,056,207.08 seized from JP Morgan Chase Bank Account Number 000000723026970, held in the name of Capstone Limited, pursuant to the attached Warrant for Arrest of Articles In Rem.

26-FBI-002342

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tammy Teglia | ☒ PLAINTIFF<br>☐ DEFENDANT | 916/554-2768 | 9/21/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 097 | No. 097 | [signature] | 9/21/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 10-2-26 | 12:30 ☐ am ☑ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | #3140 [signature] |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

$2,056,207.08 USC Arrested on 9/21/26

USMS SACRAMENTO ECUD
SEP 22 2026 AM9:22

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States | COURT CASE NUMBER<br>2:26-CV-02476-DAD-CKD |
| DEFENDANT<br>Approximately $79,109,828.17 seized from Wells Fargo Securities, et al. | TYPE OF PROCESS<br>Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Approximately 1,122,483.28 USDT from Virtual Currency Address

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
| U.S. Attorney's Office<br>Att: T. Teglia<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Number of parties to be served in this case<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please arrest the defendant Approximately 1,122,483.28 USDT from Virtual Currency Address TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe pursuant to the attached Warrant for Arrest of Articles In Rem.

26-FBI-002340

| Signature of Attorney other Originator requesting service on behalf of | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tammy Teglia | ☒ PLAINTIFF<br>☐ DEFENDANT | 916/554-2768 | 9/21/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. D97 | No. D97 | [signature] | 9/21/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 10/2/2026 | 8:11 ☑ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | CARMEN MATOS Digitally signed by CARMEN MATOS |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

1,122,483.28 USDT arrested on 9/21/26

USMS SACRAMENTO CA
OCT 02 2026

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 2:26-CV-02476-DAD-CKD |
| DEFENDANT | TYPE OF PROCESS |
| Approximately $79,109,828.17 seized from Wells Fargo Securities, et al. | Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Approximately 54,578.45 USDT from Virtual Currency Address

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
TKKrYKhyaLRd6oVqjCAL31akjvDkwwMHf6

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| U.S. Attorney's Office<br>Att: T. Teglia<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please arrest the defendant Approximately 54,578.45 USDT from Virtual Currency Address TKKrYKhyaLRd6oVqjCAL31akjvDkwwMHf6 pursuant to the attached Warrant for Arrest of Articles In Rem.

26-FBI-002341

| Signature of Attorney other Originator requesting service on behalf of | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tammy Teglia (signature) | [x] PLAINTIFF<br>[ ] DEFENDANT | 916/554-2768 | 9/21/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 097 | No. | (signature) | 9/21/26 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 10/2/2026 | 8:07 | [x] am [ ] pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | CARMEN MATOS — Digitally signed by CARMEN MATOS |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

54,578.45 USDT arrested on 9/21/26

Form USM-285
Rev. 03/21

ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $79,109,828.17 SEIZED FROM WELLS FARGO SECURITIES LLC ACCOUNT NUMBER 1BD68863, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $1,861,106.49 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 9852677500, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $2,056,207.08 SEIZED FROM JPMORGAN CHASE BANK ACCOUNT NUMBER 000000723026970, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY 1,122,483.28 USDT FROM VIRTUAL CURRENCY ADDRESS TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe, AND<br><br>APPROXIMATELY 54,578.45 USDT FROM VIRTUAL CURRENCY ADDRESS TKKrYKhyaLRd6oVqjCAL31akjvDkwwMHf6,<br><br>Defendants. | 2:26-CV-02476-SCR<br><br>WARRANT FOR ARREST OF ARTICLES *IN REM* |

TO THE U.S. MARSHALS SERVICE OF THE EASTERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on July 15, 2026, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $79,109,828.17 seized from Wells Fargo Securities LLC Account Number 1BD68863, held in the name of Capstone Limited; Approximately $1,861,106.49 seized from Wells Fargo Bank Account Number 9852677500, held in the name of Capstone Limited; Approximately $2,056,207.08 seized from JP Morgan Chase Bank Account Number 000000723026970, held in the name of Capstone Limited; Approximately 1,122,483.28 USDT from Virtual Currency Address TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe and Approximately 54,578.45 USDT from Virtual Currency Address TKKrYKhyaLRd6oVqjCAL31akjvDkwwMHf6 (hereafter "defendant funds and cryptocurrency") are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) for one or more violations of 18 U.S.C. §§ 1014, 1343, 1344, 1956, 1957, and 1960;

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that when the United States files a complaint demanding a forfeiture for violation of a federal statute, the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control. The defendant funds are in the custody of the U.S. Marshals Service in the Eastern District of California and the defendant cryptocurrency is in the custody of the Federal Bureau of Investigation in the Eastern District of California;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant funds and cryptocurrency, and use discretion and whatever means appropriate to protect and maintain said defendant funds and cryptocurrency; and

IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought to have an interest in or claim against the defendant funds and cryptocurrency by serving upon such persons a copy of this warrant and a copy of the Verified Complaint for Forfeiture *In Rem* in a manner consistent with the Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law. This warrant provides notice that in order to avoid forfeiture of the defendant funds and

cryptocurrency, any person claiming an interest in, or right against, the property must file a verified claim, signed under penalty of perjury, identifying the interest in, or right against, the property in the manner set forth in Rule G(5)(a) of the Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may such claim be filed later than 35 days after the date of notice of the forfeiture action and a copy of the complaint was sent or, as applicable, 60 days after the first day of publication on the official internet government forfeiture site www.forfeiture.gov posting the notice of the forfeiture action. In addition, any person having filed such a claim must also file an answer to the complaint or a motion under Rule G(5) and Fed. R. Civ. P., Rule 12 no later than 21 days after the filing of the claim, with a copy thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814.

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: 7/31, 2026

KEITH HOLLAND, Clerk

By: A Benson
Deputy Clerk
United States District Court
Eastern District of California