COOLEY LLP
BRIAN KLEIN (258486)
(bklein@cooley.com)
VIVIANA ANDAZOLA MARQUEZ (354307)
(vandazolamarquez@cooley.com)
350 South Grand Avenue, Suite 3200
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

JOHN BOSTIC (264367)
(jbostic@cooley.com)
3175 Hanover Street
Palo Alto, California 94304
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Attorneys for Claimant Capstone Limited

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $79,109,828.17 SEIZED FROM WELLS FARGO SECURITIES LLC ACCOUNT NO. 1BD68863, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $1,861,106.49 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 9852677500, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $2,056,207.08 SEIZED FROM JPMORGAN CHASE BANK ACCOUNT NO. 000000723026970, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY 1,122,483.28 USDT FROM VIRTUAL CURRENCY ADDRESS TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe, AND<br><br>APPROXIMATELY 54,578.45 USDT FROM VIRTUAL CURRENCY ADDRESS TKKrYKhyaLRd60VqjCAL31akjvDkwwMHf6,<br><br>Defendants. | Case No. 2:26-cv-02476-DAD-CKD<br><br>**DECLARATION OF JOHN BOSTIC IN SUPPORT OF *EX PARTE* APPLICATION, OR IN THE ALTERNATIVE, MOTION FOR ADMINISTRATIVE RELIEF, FOR AN ORDER SHORTENING TIME**<br><br>Dept: Courtroom 4<br>Judge: Hon. Dale A. Drozd |

I, John Bostic, declare as follows:

1. I am an attorney admitted to practice before this Court and a partner at Cooley LLP, counsel of record for claimant Capstone Limited ("Capstone") in the above-captioned action.

2. I have personal knowledge of the following matters, except those stated on information and belief, and as to those matters, I believe them to be true. If called as a witness in this proceeding, after being duly sworn, I could and would competently testify.

3. I submit this declaration in support of Capstone's *Ex Parte* Application, or in the Alternative, Motion for Administrative Relief, for an Order Shortening Time on Capstone's Motion to Stay Discovery Pending Resolution of Motion to Dismiss.

4. On October 5, 2026, Capstone filed a Motion to Dismiss the Complaint. (Dkt. 14.) The Motion to Dismiss is currently set for hearing on November 16, 2026.

5. On October 17, 2026, the government served Capstone with 60 Supplemental Rule G(6) special interrogatories. (Dkt. 19.) That same day, the government filed a Notice advising the Court that its obligation to respond to the Motion to Dismiss would be deferred pending Capstone's responses to those interrogatories and resolution of any future government motions. (Dkt. 20.) Capstone disputes that position and has concurrently filed a response to that Notice within its Motion to Stay.

6. Counsel for Capstone and counsel for the government met and conferred regarding Capstone's Motion to Stay, pursuant to Eastern District of California Local Rule 251. The parties were unable to resolve their disagreement regarding whether discovery should proceed pending resolution of the Motion to Dismiss and whether the Motion to Stay should be briefed on an expedited schedule.

7. Absent an order shortening time, the Motion to Stay will not be heard and decided before the hearing on Capstone's Motion to Dismiss currently set for November 16, 2026.

8. For these reasons, Capstone respectfully submits that good cause exists for this Court to shorten time for briefing and hearing the Motion to Stay, consistent with the schedule proposed in the accompanying Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this 20th day of October, 2026, at Palo Alto, California.

By: */s/ John Bostic*
John Bostic

Attorney for Claimant Capstone Limited