# United States District Court
# Eastern District of California

United States of America

Plaintiff(s)

V.

Approx. $79,109,828.17 seized from Wells Fa

Defendant(s)

Case Number: 2:26-cv-02476-DAD-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Anthony M. Capozzolo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

EQIBank Limited

On 08/07/1995 (date), I was admitted to practice and presently in good standing in the New York Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/29/2026

Signature of Applicant: /s/ Anthony M. Capozzolo

**Pro Hac Vice Attorney**

Applicant's Name: Anthony M. Capozzolo

Law Firm Name: Lewis Baach Kaufmann Middlemiss PLLC

Address: 10 Grand Central

155 East 44th Street, 25th Floor

City: New York State: NY Zip: 10017

Phone Number w/Area Code: (212) 897-1970

City and State of Residence: Scotch Plains, New Jersey

Primary E-mail Address: anthony.capozzolo@lbkmlaw.com

Secondary E-mail Address: anthony.capozzolo@lbkmlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jessica Ruth Lobis Buckwalter

Law Firm Name: Lewis Baach Kaufmann Middlemiss PLLC

Address: 1050 K Street, NW, Suite 400

City: Washington State: DC Zip: 20001

Phone Number w/Area Code: (202) 659-7971 Bar # 199200

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 29, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT