COOLEY LLP
BRIAN KLEIN (258486)
(bklein@cooley.com)
VIVIANA ANDAZOLA MARQUEZ (354307)
(vandazolamarquez@cooley.com)
350 South Grand Avenue, Suite 3200
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

JOHN BOSTIC (264367)
(jbostic@cooley.com)
3175 Hanover Street
Palo Alto, California 94304
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Attorneys for Claimant Capstone Limited

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $79,109,828.17 SEIZED FROM WELLS FARGO SECURITIES LLC ACCOUNT NO. 1BD68863, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $1,861,106.49 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 9852677500, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY $2,056,207.08 SEIZED FROM JPMORGAN CHASE BANK ACCOUNT NO. 000000723026970, HELD IN THE NAME OF CAPSTONE LIMITED,<br><br>APPROXIMATELY 1,122,483.28 USDT FROM VIRTUAL CURRENCY ADDRESS TJCaXo9kCxmXXcD4yrELjvzPvAPjg2Tvhe, AND<br><br>APPROXIMATELY 54,578.45 USDT FROM VIRTUAL CURRENCY ADDRESS TKKrYKhyaLRd6oVqjCAL31akjvDkwwMHf6,<br><br>Defendants. | Case No. 2:26-cv-02476-DAD-CKD<br><br>**NOTICE REGARDING CLAIMANT CAPSTONE LIMITED'S CLAIM** |

**NOTICE REGARDING**

**CLAIMANT CAPSTONE LIMITED'S CLAIM**

Claimant Capstone Limited ("Capstone") gives notice to confirm that its verified claim, filed on October 5, 2026 (Dkt. 13), remains operative and in effect with respect to the United States' Amended Complaint, filed on October 26, 2026 (Dkt. 28). The Amended Complaint seeks forfeiture of the same defendant property under statutory theories already asserted in the original Complaint. (*Compare* Dkt. 1 (Original Complaint) *with* Dkt. 28.) And Capstone continues to assert the same ownership and bailment interests in the assets named in the Amended Complaint as set forth in its verified claim. (*See* Dkt. 13.)

Under Supplemental Rule G(5)(a)(i), a claim identifies the claimant, the property, and the claimed interest to put the government and the Court on notice of the claim's basis and the property's source. *See United States v. Real Property*, 135 F.3d 1312, 1317 (9th Cir. 1998) (noting that the purpose behind forfeiture pleading requirements is "to inform the court that there is a claimant to the property who wants it back and intends to defend it"). Capstone's existing verified claim identifies each defendant asset and the ownership or bailment interest asserted in it. (Dkt. 13 at 2-3.) Because the Amended Complaint seeks forfeiture of those same assets, Capstone's existing verified claim continues to provide the notice contemplated by Rule G(5). If the Court determines that any further amendment or verification is required, Capstone respectfully requests an opportunity to cure before any adverse disposition of its claim. *See, e.g.*, *United States v. $11,500.00 in U.S. Currency*, 710 F.3d 1006, 1012-13 (9th Cir. 2013) (holding that striking a claim was an abuse of discretion where the defect caused no prejudice or delay and the claimant lacked an adequate opportunity to amend).

Dated: November 6, 2026

COOLEY LLP

By: */s/ Brian Klein*
Brian Klein

Attorneys for Claimant Capstone Limited