# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br><br>V.<br><br>Approx. $79,109,828.17 seized from Wells<br>Defendant(s) | Case Number: 2:26-cv-02476-DAD-CKD<br><br>APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Elissa Rose Lowenthal hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Capstone Limited

On 12/13/2022 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/11/2026 Signature of Applicant: /s/ Elissa Rose Lowenthal

**Pro Hac Vice Attorney**

Applicant's Name: Elissa Rose Lowenthal

Law Firm Name: Cooley LLP

Address: 1299 Pennsylvania Avenue NW, Suite 700

City: Washington State: DC Zip: 20004-2400

Phone Number w/Area Code: (202) 842-7800

City and State of Residence: Washington, DC

Primary E-mail Address: elowenthal@cooley.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Klein

Law Firm Name: Cooley LLP

Address: 350 South Grand Avenue, Suite 3200

City: Los Angeles State: CA Zip: 90071

Phone Number w/Area Code: (213) 561-3250 Bar # 258486

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 12, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT